IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Jason Hall,

        Defendant.

Case 3:19-po-161

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Failure to Comply with an Order, in violation of O.R.C., Section 2921.331(A), made in Count 2 of the Information, is hereby AMENDED to charge Failure to Control, a minor misdemeanor, a violation of O.R.C., Section 4511.202. Count 1 of the Information is DISMISSED.

IT IS SO ORDERED.

Date: 1/22/2020

                                               United States Magistrate Judge

Julienne McCammon
Assistant United States Attorney